UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  2:21-cr-00027-02 |
| VERSUS | : | JUDGE JAMES D CAIN, JR. |
| ADLEY LEO DYSON (02) | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 430] of the Magistrate Judge, recommending that Count 1 of the original indictment, a felony charge, be dismissed.  After considering the record and noting the defendant's guilty plea, consent to proceed before a magistrate judge, and the government's verbal motion to waive the remaining counts, the Court finds that the recommendation is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and Count 1 of the original indictment, a felony charge, be dismissed.

**THUS DONE AND SIGNED** in Chambers on the 8th day of September, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE